UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

KENNETH EDWARD SCOTT,                )
                                      )
                    Petitioner,       )
v.                                    )    No. 1:12-cv-0076-SEB-TAB
                                      )
KEITH BUTTS,                          )
                                      )
                    Respondent.       )

**Entry and Second Order to Show Cause**

**I.**

The petitioner's request for the issuance of a writ of habeas corpus seeks default-type relief with respect to his challenge to a prison disciplinary proceeding.

The petitioner's request [5] is **denied**. The reason for this ruling is that the issuance of a default judgment in an action for a writ of habeas corpus is rarely warranted. *See Bleitner v. Welborn,* 15 F.3d 652 (7th Cir. 1994). This case is no exception to the general rule. It cannot be concluded from the matters presently before the court that the petitioner is entitled to writ of habeas corpus.

**II.**

The petitioner's custodian is again directed to answer the allegations of the petitioner's petition for a writ of habeas corpus, and in doing so shall **show cause** why the relief sought by the petitioner should not be granted. This shall be done within **twenty (20) days** after the date this Entry is docketed. The petitioner shall have **twenty (20) days** after service of such answer or return to order to show cause on him in which to reply.

A copy of this Entry and Order to Show Cause shall be sent to the Indiana Attorney General through a Notice of Electronic Filing ("NEF") generated by the court's CM/ECF case management system. The Indiana Attorney General has previously been provided with a copy of the habeas petition itself.

**IT IS SO ORDERED.**

Date: 03/01/2012

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

**Distribution:**

**habeas@atg.in.gov**

**Kenneth Edward Scott**
**No. 910421**
**Pendleton Correctional Facility**
**Inmate Mail/Parcels**
**4490 West Reformatory Road**
**Pendleton, IN   46064-9001**